# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DANA BEYER,**
Appellant,

v.

**JAMES DISCIASCIO,**
Appellee.

No. 4D19-2188

[April 16, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 502018DR001963.

Brian J. Cooke and Cameron A. Baker of Fox Rothschild, LLP, West Palm Beach, for appellant.

Tammy B. Saltzman and Serena Collins of TBS Law, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***